UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRACY MAXXIZZINE JONES, | No. 09-15550 |
| Petitioner - Appellant, | D.C. No. 2:05-cv-01067-GEB-GGH |
| v. | Eastern District of California, Sacramento |
| GLORIA A. HENRY; ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | ORDER |
| Respondents - Appellees. | |

| | |
|---|---|
| TRACY MAXXIZZINE JONES, | No. 09-16120 |
| Petitioner - Appellee, | D.C. No. 2:05-cv-01067-GEB-GGH |
| v. | Eastern District of California, Sacramento |
| GLORIA A. HENRY; ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, | |
| Respondents - Appellants. | |

Before: B. FLETCHER, TALLMAN, and RAWLINSON, Circuit Judges.

In the final two sentences of the memorandum disposition filed on

December 7, 2011, the case numbers were inadvertently reversed.  We amend

those sentences to read: "With respect to the State's appeal in No. 09-16120 the

decision of the district court is AFFIRMED. Jones's cross-appeal in No. 09-15550 is REMANDED with instructions." This amendment reflects the correct case numbers for each appeal.

With this amendment, the panel has voted unanimously to deny the petition for rehearing. Judges Tallman and Rawlinson have voted to deny the petition for rehearing en banc and Judge Fletcher so recommends. The full court has been advised of the petition for rehearing en banc and no judge requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petitions for panel rehearing and for rehearing en banc are DENIED. No further petitions for panel or en banc rehearing will be entertained.